IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LANEDRA M., § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:21-CV-939-N-BK |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
|     DEFENDANT. § | |

### ORDER ACCEPTING IN PART AND REJECTING IN PART THE FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Upon consideration, Plaintiff's objections are SUSTAINED to the extent she argues the administrative law judge erred in failing to address the opinions of Drs. Behzad Emad and Puja Korabethina. *See* 20 C.F.R. § 404.1520c(a). Reversal on this basis is warranted. *See Shedrick M. v. Kijakazi*, No. 3:20-CV-03056-M-BT, 2022 WL 4134786, at *3 (N.D. Tex. Aug. 18, 2022), *adopted by* 2022 WL 4133308 (N.D. Tex. Sept. 12, 2022).

SO ORDERED this 23rd day of September, 2022.

CHIEF UNITED STATES
DISTRICT JUDGE