IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LANEDRA MITCHELL, §<br>PLAINTIFF, §<br>§<br>v. §<br>§<br>COMMISSIONER, SOCIAL SECURITY §<br>ADMINISTRATION, §<br>DEFENDANT. § | CASE NO. 3:21-CV-00939-N-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff is awarded attorney's fees in the amount of $8,126.79. The fee award shall be made payable directly to Plaintiff but sent in care of her attorney.

SO ORDERED this 24th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE