IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LANEDRA MITCHELL, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:21-CV-00939-N-BK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
|     DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's counsel's *Motion for and Memorandum in Support of Award of Attorney Fees Under 406(b) of the Social Security Act*, Doc. 39, is **GRANTED**.

**SO ORDERED** this 19th day of August, 2025.

David C. Godbey
United States District Judge